**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| IN RE:<br>DAWN MARIE KENNEDY<br><br>365 LAKE MURRAY BLVD<br>APT 116<br>IRMO, SC 29063<br><br>DEBTOR | CASE NO: 16-05663/W/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDENDS |
|---|---|

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 1154540 in the amount of $2,418.06 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| JONATHAN LB DAVIS | | | $2,418.06 |

May 20, 2021

/s/ William K. Stephenson, Jr.
William K. Stephenson, Jr., Trustee

\* If reason for return is other than those listed, please note reason.

_____

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:
_____

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |